UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ASOCIACION DE PERIODISTAS DE PUERTO RICO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT MUELLER, et al., <br><br> Defendants. | Civil No. 06-1931 JAF) |

**O R D E R**

The court **DENIES** Plaintiffs' Motion for Reconsideration, Docket Document No. 94, and **GRANTS** Defendants' related Motion Requesting Order, Docket Document No. 96. The court agrees with the analysis made by the Government in its response, Docket Document No. 95.

Furthermore, the court assures the litigants that if at some point in time it becomes necessary to modify the terms of the Protective Order to protect Plaintiffs' legitimate litigation interest, it will take whatever step is needed to ensure Plaintiffs' rights.

As of today, no argument has been made that moves the court to modify the terms of the Protective Order.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 18th day of November, 2008.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge